**James Erin McKINNEY, Petitioner–Appellant,**

v.

**Charles L. RYAN, Respondent–Appellee.**

No. 09–99018.

United States Court of Appeals, Ninth Circuit.

March 12, 2014.

Ivan K. Mathew, Susan T. Mathew, Esquire, Mathew and Associates, Phoenix, AZ, for Petitioner–Appellant.

Jon Anderson, Esquire, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Respondent–Appellee.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three judge panel

opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Silverman, Murguia and Hurwitz did not participate in the deliberations or vote in this case.